# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

August 1, 2017

## LETTER ORDER

Re: *R.K. v. Bender, et al.*
 Civil Action No. 17-1299 (ES) (JAD)

Dear Counsel:

Pending before the Court is Plaintiff's informal motion to remand this matter to the Superior Court of New Jersey, Essex County, pursuant to 28 U.S.C. § 1447(c). (D.E. No. 10). On April 13, 2017, Defendants opposed Plaintiff's motion. (D.E. No. 13). On May 25, 2017, Plaintiff filed a reply brief in further support of the motion. (D.E. No. 25). On July 7, 2017, the Hon. Joseph A. Dickson, U.S.M.J., issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's motion. (D.E. No. 27). To date, no party has filed any objections to the R&R.

The Court has considered the parties' submissions, as well as Magistrate Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 1st day of August 2017,

**ORDERED** that this Court adopts Magistrate Judge Dickson's R&R in full; and it is further

**ORDERED** that the Clerk of Court shall terminate docket entries 10 and 27.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**